SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Courtney Adams, individually and on behalf of all others similarly situated | : : : |
| Plaintiff, | : Case No. 2:23-cv-01646 : |
| v. | : Judge James L. Graham : |
| Safelite Group, Inc., | : Magistrate Judge Chelsey M. Vascura : |
| Defendant. | : |

## MOTION FOR ATTORNEYS
## MELANIE SENOSIAIN AND NATHAN HILL TO WITHDRAW AS CO-COUNSEL

Pursuant to Southern District of Ohio Local Rule 83.4(b), Defendant Safelite Group, Inc. ("Safelite") hereby gives moves the Court to allow attorneys Melanie Senosiain and Nathan Hill to withdraw as co-counsel for Safelite in this case. Safelite, by and through its undersigned Trial Attorney, T. Earl LeVere, approves of and consents to this withdrawal.

Attorney LeVere continues to represent Safelite as its Trial Attorney in this matter. Attorney Alexis Buese, now with the law firm of Bradley Arant Boult Cummings LLP, and admitted *pro hac vice* in this matter, continues to represent Safelite here as well.

Counsel for Safelite has notified counsel for Plaintiff Courtney Adams of Attorneys Senosiain and Hill's desire to withdraw as counsel.  Plaintiff Courtney Adams does not oppose this Motion.

Respectfully submitted,

s/ *T. Earl LeVere*
T. Earl LeVere, Trial Attorney (0063515)
Email: earl.levere@icemiller.com
Lydia F. Reback (0097766)
Email: Lydia.reback@icemiller.com
Ice Miller LLP
250 West St., Suite 700
Columbus, OH 43215
Tel: 614-462-1095
Fax: 614-228-4847

Alexis M. Buese (*pro hac vice*)
Bradley Arant Boult Cummings LLP
Email: abuese@bradley.com
100 North Tampa Street
Suite 2200
Tampa, FL 33602
Phone: 813.559.5511
Fax: 813.229.5946

*Counsel for Defendant Safelite Group, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 8, 2023, a true and correct copy of the foregoing Motion For Attorneys Melanie Senosiain and Nathan Hill to Withdraw As Co-Counsel was filed with the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

                                                s/ *T. Earl LeVere*
                                                T. Earl LeVere